# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>RONALD HERNANDEZ VASQUEZ,<br>    Defendant. | Case No. 2:24-cr-00029-JAD-BNW<br><br>**Order Granting**<br>**Motion to Dismiss the Information**<br>**Without Prejudice**<br><br>ECF No. 19 |

Pursuant to Federal Rule of Criminal Procedure 48(a), and upon leave of Court, the United States hereby dismisses without prejudice the Information against Defendant Ronald Hernandez Vasquez.

This case is dismissed without prejudice and the order of detention is vacated. All other deadlines and hearings are vacated. The Clerk of Court is directed to CLOSE THISE CASE.

JASON M. FRIERSON
United States Attorney

*/s/ Melanee Smith*
MELANEE SMITH
Assistant United States Attorney

DATED this 28th day of February, 2024.

_____
HONORABLE JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE